■ JESSICA SANCHEZ, Appellant, et al., Plaintiff, v MARY E. DAWSON et al., Respondents. (Appeal No. 2.) [990 NYS2d 429]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered July 18, 2013. The order and judgment denied the motion of plaintiff Jessica Sanchez to set aside a jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Centra, J.P., Fahey, Peradotto, Sconiers and DeJoseph, JJ.